UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09649-WLH-CTS | Date | August 31, 2026 |
| Title | ***Kevin Cox v. Veronica Cardona, et al.*** | | |

Present: The Honorable WESLEY L. HSU, United States District Judge

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SUPPLEMENTAL JURISDICTION**

The Court, *sua sponte*, orders Plaintiff to show cause in writing no later than **September 14, 2026**, why it should not decline to exercise supplemental jurisdiction over the Unruh Act and all state law claims. *See* 28 U.S.C. §§ 1367(c)(4); *Arroyo v. Rosas*, 19 F.4th 1202 (9th Cir. 2021).

The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover. Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code §§ 425.55(b)(1) & (2).

Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act and all state law claims and dismissing those claims without prejudice pursuant to 28 U.S.C. § 1367(c). The Order to Show Cause is discharged upon the filing of an appropriate response.

**IT IS SO ORDERED.**response.

**IT IS SO ORDERED.**